FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street, Ste. 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA BUNAR, | Case No. 2:16-cv-02865-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| ALIANTE GAMING, LLC, a Nevada limited liability company, DOES I-X, ROE COMPANIES X-XX, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

Dated: September 26, 2017                                  Dated: September 26, 2017

LAW OFFICES OF SHAWANNA JOHNSON         FISHER & PHILLIPS LLP

*/s/ Shawanna L. Johnson*                                       */s/ David B. Dornak*
Shawanna L. Johnson, Esq.                                   David B. Dornak, Esq.
Attorney for Plaintiff                                             Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 26, 2017.

FPDOCS 33173262.1